# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1741

_____

Dr. Girish Sahu, MD

*Plaintiff - Appellant*

v.

Minneapolis Community and Technical College; Dr. Hafed Bouassida, PhD; Dr.
Jess Lee Niebuhr, PhD; Dianna Cusick

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: February 2, 2017
Filed: February 7, 2017
[Unpublished]

_____

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Dr. Girish Sahu appeals the district court's[1] order dismissing his claims under 42 U.S.C. § 1981, Title VI, and state law.  He also has moved for sanctions in this court.  Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

A de novo review of the record reveals dismissal was proper.  *See Adams v. American Family Mut. Ins. Co.*, 813 F.3d 1151, 1154 (8th Cir. 2016) (de novo review of grant of motion to dismiss).  As to Sahu's motion for sanctions, there is no indication that defendants acted in bad faith.

The judgment is affirmed and Sahu's motion is denied.  *See* 8th Cir. R. 47B.

_____

---

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.